IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| RICHARD EDMOND HOTZ, | |
|---|---|
| Plaintiff, | Case No.  1:11-CV-139-BLW |
| v. | |
| | **JUDGMENT** |
| UNITED STATES ARMY | |
| Defendant. | |

The plaintiff having failed to comply with the Court's prior order directing him to file an amended complaint, and the prior decision having notified plaintiff that this action would be dismissed without further notice if no amended complaint was filed,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that this action be DISMISSED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Clerk close this case.

DATED:  **June 21, 2012**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

Judgment - 1